# CASE ANNOUNCEMENTS
## *May 1, 2014*

[Cite as *05/01/2014 Case Announcements #2*, 2014-Ohio-1853.]

## MOTION AND PROCEDURAL RULINGS

2009–1292. **State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of relators' cross-motion for leave to file supplement to evidence.

It is ordered by the court that respondents shall file a response, if any, to the motion no later than 12:00 p.m. on Friday, May 2, 2014.

# CASE ANNOUNCEMENTS
## *May 2, 2014*

[Cite as *05/02/2014 Case Announcements*, 2014-Ohio-1852.]

## MOTION AND PROCEDURAL RULINGS

**In re Brock.**
On January 17, 2013, this court found Dennis R. Brock to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Brock was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On April 24, 2014, Brock presented a memorandum of extenuating circumstances, which this court will treat as a motion for reconsideration of the April 8, 2014 decision denying his application for leave to file an appeal.

Upon consideration thereof, it is ordered by the court that the motion for reconsideration is denied.

2013–0824. **U.W. v. Dept. of Youth Servs.**
Franklin App. No. 12AP–959, 2013-Ohio-1779. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion to change case caption from U.W. v. Department of Youth Services to Uranus Watkins v. Department of Youth Services, it is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

2012–1768. **In re Resignation of LaCivita.**
This matter came on for further consideration upon the filing by respondent, Richard James LaCivita, of a motion for enlargement of time to pay restitution.

Upon consideration thereof, it is ordered by this court that the motion is granted. Respondent, Richard James LaCivita, shall pay Donna Rose restitution in the amount of $27,000 on or before May 16, 2014. If respondent fails to pay said restitution, this court may find respondent in contempt.

## MISCELLANEOUS DISMISSALS